# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VICTORIA L. LIERZ,<br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>                  Defendant. | Case No. 08-2313-JAR |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Donald W. Bostwick, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the June 16, 2009 Report and Recommendation (Doc. 17).

**IT IS SO ORDERED**.

**Dated:  July 7, 2009**

                                            S/ Julie A. Robinson
                                            **JULIE A. ROBINSON**
                                            **UNITED STATES DISTRICT JUDGE**